UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-cv-61849 -JEM

**PAUL ALEXANDER WARREN,**

**Plaintiff,**
v.

**DELVISTA TOWERS CONDOMINIUM ASSOCIATION, INC. AND HYMAN D. ZELCER,**

**Defendants.**
_____/

**PLAINTIFF PAUL ALEXANDER WARREN'S NOTICE OF SERVICE OF RESPONSES TO DEFENDANTS' EXPERT INTERROGATORIES**

Plaintiff Paul Alexander Warren, by and through his undersigned attorney, hereby gives notice that, pursuant to Rule 33 F.R.C.P. and the court order dated June 6, 2014, this Response to Expert Interrogatories , along with a true copy of this Notice, directed to Defendants has been served via email upon: Barry S. Postman and Anika Campbell, Cole, Scott, Kisane, P.A., 1645 Palm Beach Lake Blvd, 2nd Floor, West Palm Beach, FL 33407, barry.postman@csklegal.com, anika.campbell@csklegal.com; Roberto Blanch, 201 Alhambra Circle, 11th Floor, Miami, FL 33134, rblanch@rhl-law.com. this  16th  day of June, 2014.

By:       /s/ _____
Robert N Hartsell, Esq.
Florida Bar No. 636207
Sarah M. Hayter, Esq.
Florida Bar No. 83823
ROBERT N. HARTSELL, P.A.
*Attorneys for Plaintiff*
1600 S. Federal Hwy, Ste 921
Pompano Beach, FL 33062
Telephone: (954) 778-1052
Robert@Hartsell-Law.com
Sarah@Hartsell-Law.com